USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

N.R.,

                                        **Plaintiff,**

-against-

THE ESTATE OF DR. REGINALD
ARCHIBALD; THE ROCKEFELLER
INSTITUTE, a.k.a. THE
ROCKEFELLER UNIVERSITY, a.k.a.
THE ROCKEFELLER UNIVERSITY
HOSPITAL,

                                        **Defendants.**
-------------------------------------------------------------x

19-CV-7609 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., United States District Judge:**

The Court filed an Opinion & Order jointly resolving the motion to dismiss in this case and in *Poppel v. Rockefeller University Hospital, et al.*, No. 19-CV-01403 (S.D.N.Y.). That Opinion & Order was filed in the *Poppel* docket. *See* ECF No. 76.

**So Ordered.**

**Dated:**      **May 27, 2020**
              **New York, New York**

_____
    **HON. ANDREW L. CARTER, JR.**
        **United States District Judge**

1