USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

N.R.,

                                    **Plaintiff,**

        -against-

THE ESTATE OF DR. REGINALD ARCHIBALD; THE ROCKEFELLER INSTITUTE, a.k.a. THE ROCKEFELLER UNIVERSITY, a.k.a. THE ROCKEFELLER UNIVERSITY HOSPITAL,

                                  **Defendants.**

------------------------------------------------------------x

19-CV-7609 (ALC)

<u>ORDER OF CERTIFICATION</u>

**TO THE HONORABLE LETITIA JAMES, Attorney General of the State of New York:**

    TAKE NOTICE that in the above-captioned action, Defendant The Rockefeller University (the "University") filed an Answer that raises a defense that Plaintiff's claims are barred to the extent that the provisions of the Child Victims Act, N.Y. C.P.L.R. § 214-g, that are applicable in this action violate the New York State Constitution and/or the United States Constitution.

    Accordingly, as required by Fed. R. Civ. P. 5.1 and 28 U.S.C. § 2403, this Court hereby certifies that the constitutionality of the above-referenced statute has been placed at issue, and notifies you that you may, therefore, intervene in this action. If you desire to intervene in this action, you should file your motion to intervene, pursuant to Fed. R. Civ. P. 5.1, within 60 days from the date of this Certification. The Clerk shall serve a copy of this order on the Office of the New York State Attorney General by certified United States mail.

**So Ordered.**

**Dated:       August 26, 2020**
                **New York, New York**

1

*[signature: Andrew L. Carter]*

_____
**HON. ANDREW L. CARTER, JR.**
**United States District Judge**