

COHEN & GRESSER LLP

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

# MEMO ENDORSED

Mark S. Cohen
212 957 7601
mcohen@cohengresser.com

> Application **GRANTED**. By **March 5, 2021**, the parties are directed to file a joint status letter. In the letter, the parties shall address the status of the case against Defendant Estate of Dr. Archibald.
>
> **SO ORDERED.**
>
> Ona T. Wang 2/10/21
> U.S.M.J.

February 9, 2021

**BY ECF**

The Honorable Ona T. Wang
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street, Courtroom 20D
New York, New York 10007

Re:  <u>N.R. v. Estate of Dr. Reginald Archibald, et al.</u>, Case No. 1:19-CV-7609 (ALC)(OTW)

Dear Judge Wang:

     We represent Defendant The Rockefeller University (f/k/a The Rockefeller Institute), including The Rockefeller University Hospital, in the above-referenced action and submit this joint letter on behalf of all appearing parties[1] to request an adjournment of the status conference scheduled for February 25, 2021 (Dkt. No. 50).

     Pursuant to the Court's November 12, 2020 Order (Dkt. No. 47), the parties are currently engaged in the Court-annexed Mediation Program with mediator Joseph J. Saltarelli.  Mr. Saltarelli held an initial mediation session with the parties on January 28, 2021 and has scheduled a second mediation session for February 25, 2021.  The parties are hopeful that they will make progress in their settlement discussions and therefore respectfully request that the status conference be adjourned from February 25, 2021 to March 26, 2021.

     The parties previously jointly requested an adjournment of the status conference scheduled for January 20, 2021, which was granted by the Court (Dkt. No. 50).  Thank you for your consideration of this request.

Respectfully Submitted,

*/s/ Mark S. Cohen*
Mark S. Cohen

cc:  All counsel of record (by ECF)

---

[1] No appearance has been entered in this action for Defendant the Estate of Dr. Archibald.