

**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

# MEMO ENDORSED

Mark S. Cohen
212 957 7601
mcohen@cohengresser.com

> The status conference is adjourned, *sine die*. The parties shall file a joint status letter on **April 2, 2021**.
>
> **SO ORDERED.**
>
> _____
> Ona T. Wang  3/9/21
> U.S.M.J.

March 5, 2021

**BY ECF**

The Honorable Ona T. Wang
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street, Courtroom 20D
New York, New York 10007

Re:  *N.R. v. Estate of Dr. Reginald Archibald, et al.*, Case No. 1:19-CV-7609 (ALC)(OTW)

Dear Judge Wang:

    We represent Defendant The Rockefeller University (f/k/a The Rockefeller Institute), including The Rockefeller University Hospital (together, the "University"), in the above-referenced action and submit this joint status letter on behalf of all appearing parties in accordance with the Court's February 10, 2021 Order (Dkt. No. 52) and to request an adjournment of the status conference scheduled for March 26, 2021.

    Plaintiff and the University continue to engage in the Court-annexed Mediation Program with mediator Joseph J. Saltarelli. Mr. Saltarelli held an initial mediation session with the parties on January 28, 2021 and a second mediation session is scheduled for March 11, 2021 (previously scheduled for February 25, 2021). The parties are hopeful that they will make progress in their settlement discussions and therefore respectfully request that the status conference be adjourned from March 26, 2021 to April 26, 2021.

    The Court requested that the parties address the status of the case against the Estate of Dr. Archibald (the "Archibald Estate"). Plaintiff previously filed an Affidavit of Service reflecting service of the Complaint on the Archibald Estate (Dkt. No. 24). By letter, dated August 28, 2019, to Plaintiff's counsel, counsel representing members of Dr. Archibald's family asserted that the Complaint was not properly served on the Archibald Estate and requested that the action be voluntarily dismissed against the Archibald Estate. To date, no appearance has been entered in this action on behalf of the Archibald Estate.



The Honorable Ona T. Wang
March 5, 2021
Page 2

      The parties previously jointly requested adjournments of the status conference scheduled for January 20, 2021 and February 25, 2021, which were granted by the Court (Dkt. Nos. 50, 52). Thank you for your consideration of this request.

Respectfully Submitted,

*/s/ Mark S. Cohen*
Mark S. Cohen

cc:  All counsel of record (by ECF)